ACCEPTED
01-14-00977-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/8/2015 1:51:29 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-14-00977-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| | § . | |
| **VS.** | § | **1ˢᵀ COURT** |
| | § | |
| **DONALD COREY HILL** | § | **OF APPEALS** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/8/2015 1:51:29 PM
CHRISTOPHER A. PRINE
Clerk

### MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

Now comes Donald Corey Hill, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief. pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 240th Judicial District Court of Fort Bend County, Texas.

2. The case below was styled the <u>STATE OF TEXAS VS. DONALD COREY HlLL</u>, and numbered 05DCR043338.

3. Appellant was convicted of Attempted Aggravated Sexual Assault of a Child.

4. Appellant was assessed a sentence of 6 years confinement in the Institutional Division of the Texas Department of Criminal Justice on November 10. 2014, with credit for 116 days.

5. Notice of appeal was given on December 5, 2014.

6. The clerk's record was filed on December 30, 2014. The reporter's record has not been filed.

7. The appellate brief is presently due on May 18. 2015.

8. Appellant requests an extension of 60 days from the present date, i.e. July 18, 2015.

9. One extension to file the brief had been received in this cause.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension: The Reporters Record has not yet been filed or otherwise provided to Defense Counsel.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court grant this Motion To Extend to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully Submitted,

Law Office of Don Hecker
Attorney for Appellant
200 Hwy. 90A Ste. B
Richmond, Texas 77469
281-344-9997 office
281-344-0105 fax
dhecker281@aol.com

Approved By:

Don Hecker
SBOT: 09367800
Attorney for Donald Corey Hill

## CERTIFICATE OF SERVICE

This is to certify that on June 8, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Fort Bend County, Texas by facsimile transmission to 281-341-4440 .

Don Hecker

STATE OF TEXAS

COUNTY OF FORT BEND

§
§
§
§

## AFFIDAVIT

**BEFORE** ME, the undersigned authority, on this day personally appeared Don Hecker, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion to Extend Time to File Brief of Appellant and swear that all of the allegations of fact contained therein are true and correct."


ISABEL PACKER
My Commission Expires
July 23, 2016

_____
Don Hecker
Affiant

SUBSCRIBED AND SWORN TO BEFORE ME, on June 8, 2015 to certify which witness my hand and seal of office.·

_____
Texas